UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


CIVIL ACTION NO 15-13109-RWZ


DAVID LEONARD SOUZA,
as Personal Representative
of the Estate of KAREN MARIE SOUZA

v.

COLGATE-PALMOLIVE COMPANY,
CYPRUS AMAX MINERALS COMPANY
(sued as successor to SIERRA TALC COMPANY and UNITED TALC COMPANY);
and IMERYS TALC AMERICA, INC.
(sued individually and as successor-in-interest to LUZENAC AMERICA, INC.
successor-in-interest to CYPRUS INDUSTRIAL MINERALS COMPANY
and METROPOLITAN TALC CO.)


ORDER

May 15, 2018

ZOBEL, S.D.J.

Defendants' motion to amend their motion to dismiss to assert a lack of personal jurisdiction (Docket # 100) was filed on the date the court issued its decision (Docket # 103) on the pending motion to dismiss the third amended complaint (Docket # 93). The court incorrectly stated in a footnote that the motion to amend was not ripe for decision. Defendants Imerys Talc America, Inc., and Cyprus Amax Minerals Company are herewith granted leave to file a motion to dismiss on jurisdictional grounds together with

1

any supporting memoranda on or before May 24, 2018.  Plaintiffs may file their opposition by June 7, 2018.  The court will decide any such motions on the papers.

|      \_\_\_\_\_May 15, 2018_____         |      _____/s/Rya W. Zobel_____ |
|                Date                              |              Rya W. Zobel                         |
|                                                  |     Senior United States District Judge          |